U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

NOV 04 2026

JENNIFER P. LYONS, CLERK
BY________________
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIA CAPODILUPO | No. 2:26-cr-00122-SDN |

# INDICTMENT

The Grand Jury charges:

At times relevant to this Indictment:

1. The Francis Trust LLC was a Maine limited liability company that owned a rental property (Rental Property) in New Harbor, Maine.

2. Mia Capodilupo was one of two members of the Francis Trust LLC.

3. On about April 15, 2025, the Francis Trust LLC filed a bankruptcy petition under chapter 11 of the bankruptcy code in the United States Bankruptcy Court for the District of Maine.

4. The Office of the United States Trustee (U.S. Trustee) was a component of the United States Department of Justice responsible for overseeing the administration of bankruptcy cases and private bankruptcy trustees.

5. The U.S. Trustee maintained Operating Guidelines and Reporting Requirements for Chapter 11 Cases (Guidelines). Debtors in chapter 11 bankruptcy cases were required to comply with the Guidelines. The Guidelines provided that "The Debtor must maintain appropriate insurance and make all premium payments when due. Immediately upon filing, the Debtor must provide the United States Trustee with proof of insurance coverage required by these Guidelines."

**COUNT ONE**
**False Statement to Government Agency**

6. Paragraphs 1 through 5 are incorporated here.

7. On about April 24, 2025, in the District of Maine and elsewhere, the defendant

**MIA CAPODILUPO,**

did knowingly and willfully make and use, and cause to be made and used, a false writing and document in a matter within the jurisdiction of the Office of the United States Trustee, an office of the United States Department of Justice, an agency within the executive branch of the United States, knowing that it contained a materially false, fictitious, and fraudulent statement and entry. Specifically, the defendant presented, and caused to be presented, a false certificate of liability insurance to the U.S. Trustee in case number 25-10064-PGC in the United States Bankruptcy Court for the District of Maine falsely claiming that the Francis Trust was insured by insurance policy 9799461 from September 5, 2024 through September 5, 2025.

Thus, the defendant violated Title 18, United States Code, Sections 1001(a)(3) and 2.

**COUNT TWO**
**False Statement to Government Agency**

8. Paragraphs 1 through 5 are incorporated here.

9. On about May 14, 2025, in the District of Maine, the defendant

**MIA CAPODILUPO,**

did knowingly and willfully make and use, and cause to be made and used, a false writing and document in a matter within the jurisdiction of the Office of the United States Trustee, an office of the United States Department of Justice, an agency within the executive branch of the United States, knowing that it contained a materially false, fictitious, and fraudulent statement and entry. Specifically, the defendant presented, and caused to be presented, a false certificate of liability insurance to the U.S. Trustee in case number 25-10064-PGC in the United States Bankruptcy Court for the District of Maine falsely claiming that the Francis Trust was insured by insurance policy 9799461 from September 5, 2024 through September 5, 2025.

Thus, the defendant violated Title 18, United States Code, Sections 1001(a)(3) and 2.

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

ASSISTANT UNITED STATES ATTORNEY

Date: November 4, 2026